# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO MILLABAS,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No. 16-cv-06101 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: ECF 11 |

In light of the notice of settlement filed today, this case is CONDITIONALLY DISMISSED and all case events and deadlines are vacated.  The Court will retain jurisdiction over the settlement agreement until May 31, 2017, or further Court order.  *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S. Ct. 1673 (1994).  In the event plaintiff wishes to reinstate her claims against the United States, she must do so by filing a motion requesting reinstatement by May 31, 2017.

IT IS SO ORDERED.

Dated:   January 9, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge